FILED
2025 Nov-24  PM 06:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JANE DOE I; JANE DOE II; JANE DOE III; JANE DOE IV; JANE DOE V; JANE DOE VI; and JANE DOE VII individually and on behalf of the class of persons described herein.** )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| **vs.** ) | **CASE NO: 2:23-cv-1068-GMB** |
| **SHANLEE, INC. d/b/a FANTASIA GENTLEMEN'S CLUB; and SHANNON RELIFORD** )<br>)<br>)<br>) | |
| **Defendants.** ) | |

**<u>CONDITIONAL MOTION FOR ENTRY OF JUDGMENT</u>**

Plaintiffs state the following as their Conditional Motion for Entry of Judgment.

1.  On October 1, 2025, the parties mediated this case before Hon. Robert M. Baker.

2.  Mediation resulted in the Mediation Settlement Agreement attached hereto as Ex. A.

3.  The terms of the Settlement Agreement called for Defendants to arrange for financing to fund the settlement within seven (7) days of the mediation, and to exercise "reasonable effort and diligence to expedite" a deed necessary for a loan to be secured to pay the settlement. Ex. A, ¶ 3.

4.  Apparently, Ms. Reliford did make application for the financing, but further progress has not been made.

5.  Plaintiffs' counsel has made inquiry as to the status of the loan, but no meaningful information has been provided.

6.  Paragraph 5 of the Settlement Agreement states that if the settlement is not paid within ninety (90) days, "Defendants will consent to the entry of a Judgment in the amount of the unpaid portion of the Total Settlement Amount…"

7.  The Total Settlement Amount is $225,000.00. No payments have been made.

8.  Per the Court's Mediation Order, the parties informed the Court of the settlement in a Joint Status Report, Doc. 86, informing the Court of the financing agreement, and requesting the stay in this case to be extended twenty (20) days to finalize the settlement. Doc. 86.

9.  The Court ordered the parties to file a joint stipulation of dismissal or a joint status report by November 3, 2025. Doc. 87.

10. Plaintiffs made several inquiries as to the status of the financing arrangement between October 15, 2025, and November 3, 2025, and were only told that the loan application had been made, but not approved.

11. Because the financing had not yet been arranged, the parties filed another Joint Status Report on November 3, 2025, requesting until November 24, 2025, to finalize the settlement. Doc. 88.

12. Plaintiffs' counsel has made repeated telephone and email requests for information as to the financing since November 3, 2025, but have received no meaningful information.

13. The Court's November 4, 2025, Order, Doc. 89, gave the parties until November 24, 2025, to "file a joint stipulation of dismissal complying with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Local Rules of this court or a motion to enter consent judgment…" Doc. 85.

14. Plaintiffs' counsel has, again, made several email and telephone requests as to the status of the financing, but has been provided no meaningful information.

15. A Stipulation of Dismissal cannot be filed because no payment has been made.

16. Absent a Stipulation of Dismissal, the option is to file a Motion for Consent Judgment.

17. The Agreement does give Defendants ninety (90) days to pay the settlement, or until December 30, 2025. Plaintiffs file this Motion now, conditionally, because it appears increasingly unlikely that payment will be made before the December 30, 2025, deadline.

18. Of course, if payment in full is made before December 30, 2025, Plaintiffs will inform the Court, and withdraw this Motion as moot.

19. However, if payment is not made by December 30, 2025, Plaintiffs request that the proposed Judgment, attached hereto as Exhibit B, be entered by the Court on December 31, 2025.

**WHEREFORE**, premises considered, Plaintiffs request the following:

a. Unless informed by Plaintiffs' counsel on or before December 30, 2025, that the Court enter the judgment in favor of Plaintiffs, against defendants Shanlee, Inc. d/b/a Fantasia Gentlemen's Club; and Shannon Reliford, jointly and severally, in the amount of $225,000.00, as laid out in the attached proposed Final Order on December 31, 2025, or as soon as practicable thereafter.

Respectfully Submitted,

 */s/ Brian M. Clark*
Brian M. Clark
Attorney for Plaintiffs


**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone:   (205) 314-0500
bclark@wigginschilds.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this the 24th day of July 2025, the foregoing document was electronically filed with CM/ECF which will send email notification to all counsel of record:

S. Dagnal Rowe, Jr.
Wilmer & Lee, P.A.
100 Washington St
Huntsville, AL 35801
(256) 533-0202
drowejr@wilmerlee.com

C. Eric Wood
Law Office of C. Eric Wood
7525 Memorial Pkwy SW # D
Huntsville, AL 35802
(256) 533-2000
cericwood@gmail.com

*/s/ Brian M. Clark*
OF COUNSEL